1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   FRANCINE ZEPEDA, Bar #091175
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   DWAYNE MICHAEL LAUKA

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:07-cr-00187 AWI
                                       )
12              Plaintiff,             )   STIPULATION TO CONTINUE TRIAL
                                       )   CONFIRMATION HEARING AND TO VACATE
13       v.                            )   TRIAL DATE AND RESET TRIAL SCHEDULE;
                                       )   ORDER
14  DWAYNE MICHAEL LAUKA,              )
                                       )   Date:  April 14, 2008
15              Defendant.             )   Time:  9:00 A.M.
                                       )   Judge: Hon. Anthony W. Ishii
16  _____)

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that **the trial confirmation hearing in the above-referenced matter now set for March 31,**

20  **2008, may be continued to April 14, 2008, at 9:00 A.M., and that the trial date of April 15, 2008, be**

21  **vacated and a new trial scheduled at the trial confirmation hearing.**

22       This continuance is requested by counsel for Defendant to allow her additional time for

23  investigation and trial preparation prior to hearing.  The requested continuance will conserve time and

24  resources for all parties and the court.

25  ///

26   ///

27  ///

28  ///

907ac8c32fa7e

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

3    and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and

4    (iv).

5                                                        McGREGOR W. SCOTT
                                                         United States Attorney
6

7    DATED:  March 27, 2008                  By:   /s/  Kevin P. Rooney
                                                         KEVIN P. ROONEY
8                                                        Assistant United States Attorney
                                                         Attorney for Plaintiff
9

10                                                      DANIEL J. BRODERICK
                                                        Federal Public Defender
11

12   DATED:  March 27, 2008                  By:    /s/  Francine Zepeda
                                                         FRANCINE ZEPEDA
13                                                       Assistant Federal Defender
                                                         Attorneys for Defendant
14                                                       DWAYNE MICHAEL LAUKA

15

16

17                                **O R D E R**

18        Pursuant to the stipulation, the court ORDERS that:

19        1.   The March 31, 2008 pretrial conference date and April 15, 2008 trial date are VACATED;

20        2.   The pretrial conference date is re-set for April 14, 2008, at 9:00 A.M.;

21        3.   Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and

22             (iv).

23

24   IT IS SO ORDERED.

25   **Dated:    April 1, 2008**                     **/s/ Anthony W. Ishii**
                                                         UNITED STATES DISTRICT JUDGE
26

27

28

Stipulation to Continue Trial Confirmation Hearing
and to Reset Trial Schedule; [Proposed] Order Thereon          −2−