DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DWAYNE MICHAEL LAUKA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00187 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | ) | |
| DWAYNE MICHAEL LAUKA, | ) | Date:  June 30, 2008 |
| Defendant. | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the Status Conference in the above-referenced matter now set for June 23, 2008, may be continued to June 30, 2008, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow her additional time to review and discuss the Memorandum of Plea Agreement with her client.  AUSA Kevin P. Rooney has no objection. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and
4  (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 19, 2008                By:  /s/  Kevin P. Rooney
                                    KEVIN P. ROONEY
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Public Defender


DATED: June 19, 2008                By:   /s/  Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    DWAYNE MICHAEL LAUKA


### **O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    June 20, 2008**                      /s/ Anthony W. Ishii
                                    UNITED STATES CHIEF DISTRICT JUDGE

Stipulation to Continue Status Conference
and [Proposed] Order Thereon                    -2-