DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DWAYNE MICHAEL LAUKA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-00187 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. ) | |
| DWAYNE MICHAEL LAUKA, ) | Date:  July 14, 2008 |
| Defendant. ) | Time:  9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the Status Conference in the above-referenced matter now set for June 30, 2008, may be continued to July 14, 2008, at 9:00 A.M.**

This continuance is requested by counsel for defendant because she will be out of her office on June 30, 2008, the date now set for hearing, due to a family emergency.  The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: June 24, 2008                          By:  /s/ Kevin P. Rooney
                                                              KEVIN P. ROONEY
                                                               Assistant United States Attorney
                                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: June 24, 2008                          By:   /s/ Francine Zepeda
                                                               FRANCINE ZEPEDA
                                                               Assistant Federal Defender
                                                               Attorneys for Defendant
                                                               DWAYNE MICHAEL LAUKA

## **O R D E R**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 25, 2008**                            **/s/ Anthony W. Ishii**
                                                     UNITED STATES CHIEF DISTRICT JUDGE