UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Anthony W. Ishii
Senior United States District Judge
Fresno, California

        RE:    **DWAYNE M. LAUKA**
                  Dkt. No.   1:07CR00187-01 AWI
                  **Sentencing Date:  09/22/2008**
                  **REQUEST FOR CONTINUANCE**

Your Honor:

The undersigned probation officer is requesting a continuance for sentencing in this case until October 20, 2008.  The continuance is due to a re-interview of the defendant at the request of counsel.  The defendant was initially interviewed on July 28, 2008, without the presence of counsel.  Counsel requested a second interview but was not available until August 20, 2008.  Based on the delay, the defendant and his counsel agreed to the continuance of sentencing, and counsel was to file a continuance with the Court.  However, a continuance has not yet been filed. Therefore, in order to give ample time for the Presentence Investigation Report to be completed, as well as provide time for informal objections by both the Government and the defendant, it is requested sentencing be continued to October 20, 2008, at 9:00 am.

                                Respectfully submitted,

                                /S/ YASMIN VILLEGAS
                                **YASMIN VILLEGAS**
                                United States Probation Officer

Dated:        September 8, 2008
                  Fresno, California
                  YV

REVIEWED BY:    /S/ JOHN R. HATFIELD
                          **JOHN R. HATFIELD**
                          Supervising United States Probation Officer

**RE:    Dwayne Michael Lauka**
**       Docket Number:    1:07CR00187-01 AWI**
**       Request for Continuanc3**

**THE COURT ORDERS:**

( **X** )   Continuance of sentencing to October 20, 2008, approved as recommended.

(   )   Continuance not approved at this time.  Probation Officer to contact Court.

(   )   Other:

                                                IT IS SO ORDERED.

**Dated:   September 9, 2008**          /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE